GARY R. FARRAR
TRUSTEE IN BANKRUPTCY
P.O. BOX 576097
MODESTO, CA 95357-6097

**UNITED STATES BANKRUPTCY COURT**
EASTERN **DISTRICT OF** CALIFORNIA
MODESTO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZIPSER, RONALD GENE | § | Case No. 14-91172 |
| ZIPSER, SONJA LISA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GARY R. FARRAR TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 280,421.00<br>*(Without deducting any secured claims)* | Assets Exempt: 21,117.15 |
| Total Distributions to Claimants: 8,190.92 | Claims Discharged<br>Without Payment: 146,335.15 |
| Total Expenses of Administration: 1,809.08 | |

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 359,888.57 | $ 18,657.09 | $ 18,657.09 | $ 8,190.92 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,811.46 | 1,811.46 | 1,809.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 11,219.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 101,713.79 | 33,402.36 | 33,402.36 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 472,821.36 | $ 53,870.91 | $ 53,870.91 | $ 10,000.00 |

4) This case was originally filed under chapter 7 on 08/21/2014 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/11/2015 By:/s/GARY R. FARRAR TRUSTEE

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 Ford Flex transferred to son-no | 1129-000 | 2,000.00 |
| 2009 Ford Flex transferred to son-no | 1141-000 | 5,000.00 |
| 2009 Ford Flex transferred to son-no | 1229-000 | 1,000.00 |
| 2009 Ford Flex transferred to son-no | 1241-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$** 10,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of The West PO Box 727 Omaha, NE 68172-9799 | | 198,328.29 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of The West PO Box 727 Omaha, NE 68172-9799 | | 49,974.40 | NA | NA | 0.00 |
| | Bank of The West PO Box 727 Omaha, NE 68172-9799 | | 65,923.88 | NA | NA | 0.00 |
| | Ford Motor Credit Corporation Ford Motor Credit Po Box 6275 Dearborn, MI 48121 | | 33,241.00 | NA | NA | 0.00 |
| | Lakewood Memorial Park 900 S SANTA FE HUGHSON, CA 95326 | | 8,000.00 | NA | NA | 0.00 |
| | Travis Fcu Po Box 2069 Vacaville, CA 95696 | | 4,421.00 | NA | NA | 0.00 |
| 000003 | TRAVIS CREDIT UNION | 4210-000 | NA | 4,266.49 | 4,266.49 | 0.00 |
| 000001 | INTERNAL REVENUE SERVICE | 4300-000 | NA | 14,390.60 | 14,390.60 | 8,190.92 |
| **TOTAL SECURED CLAIMS** | | | $ 359,888.57 | $ 18,657.09 | $ 18,657.09 | $ 8,190.92 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GARY R. FARRAR TRUSTEE | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| GARY R. FARRAR TRUSTEE | 2200-000 | NA | 27.59 | 27.59 | 27.59 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES | 2300-000 | NA | 3.87 | 3.87 | 1.49 |
| BANK OF KANSAS CITY | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,811.46 | $ 1,811.46 | $ 1,809.08 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | 11,219.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 11,219.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMAZON PO BOX 960013 ORLAND, FL 32896-0013 | | 1,365.28 | NA | NA | 0.00 |
| | AMERICAN EXPRESS BOX 0001 LOS ANGELES, CA 90096-8000 | | 4,754.73 | NA | NA | 0.00 |
| | Barclays Bank Delaware Attn: Bankruptcy P.O. Box 8801 Wilmington, DE 19899 | | 1,989.00 | NA | NA | 0.00 |
| | CARE CREDIT PO BOX 960061 ORLAND, FL 32896-0061 | | 1,800.62 | NA | NA | 0.00 |
| | Cap1/biglt 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 894.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 14,134.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 6,029.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,697.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Usa Citicorp Credit Services/Attn:Centralize Po Box 20507 Kansas City, MO 64195 | | 7,342.00 | NA | NA | 0.00 |
| | Citibank Usa Citicorp Credit Services/Attn:Centralize Po Box 20507 Kansas City, MO 64195 | | 2,485.00 | NA | NA | 0.00 |
| | Citibank Usa Citicorp Credit Services/Attn:Centralize Po Box 20507 Kansas City, MO 64195 | | 2,384.00 | NA | NA | 0.00 |
| | Comenity Bank/Buckle Attn: Bankruptcy P.O. Box 182686 Columbus, OH 43218 | | 667.00 | NA | NA | 0.00 |
| | Fia Csna Po Box 982235 El Paso, TX 79998 | | 2,655.00 | NA | NA | 0.00 |
| | GECRB/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 1,976.00 | NA | NA | 0.00 |
| | Ge Capital Credit Card Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 1,877.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecrb/Amazon Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 1,427.00 | NA | NA | 0.00 |
| | Gecrb/Lowes Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | 6,951.00 | NA | NA | 0.00 |
| | HOME DEPOT PROCESSONG CENTER DES MOINES, ID 50364-0500 | | 2,356.32 | NA | NA | 0.00 |
| | HOME DEPOT PROCESSONG CENTER DES MOINES, ID 50364-0500 | | 2,403.19 | NA | NA | 0.00 |
| | HOME DEPOT PROCESSONG CENTER DES MOINES, IN 50364-0500 | | 7,292.16 | NA | NA | 0.00 |
| | JCPENNEY PO BOX 960090 ORLANDO, FL 32896-0090 | | 0.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 1,125.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LOWE'S PO BOX 530914 ATLANTA, GA 30353-0914 | | 3,022.35 | NA | NA | 0.00 |
| | PRUDENTIAL FINANCIAL PO BOX 15019 WILMINGTON, DE 19886-5019 | | 2,557.41 | NA | NA | 0.00 |
| | SOUTHWEST PO BOX94014 PALATINE, IL 60094-4014 | | 14,040.73 | NA | NA | 0.00 |
| | Sears/cbna 133200 Smith Rd Cleveland, OH 44130 | | 4,958.00 | NA | NA | 0.00 |
| | Sears/cbna 133200 Smith Rd Cleveland, OH 44130 | | 1,531.00 | NA | NA | 0.00 |
| 000006 | AMERICAN EXPRESS | 7100-000 | NA | 5,357.18 | 5,357.18 | 0.00 |
| 0000013 | CALVARY SPV I, LLC | 7100-000 | NA | 1,094.91 | 1,094.91 | 0.00 |
| 000005 | CAPITAL ONE, N.A. | 7100-000 | NA | 1,295.94 | 1,295.94 | 0.00 |
| 000004 | CERASTES LLC CO WEINSTEIN, PINSON | 7100-000 | NA | 2,215.90 | 2,215.90 | 0.00 |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 1,643.97 | 1,643.97 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 818.81 | 818.81 | 0.00 |
| 0000010 | SYNCHRONY BANK | 7100-000 | NA | 2,058.00 | 2,058.00 | 0.00 |
| 0000011 | SYNCHRONY BANK | 7100-000 | NA | 7,657.54 | 7,657.54 | 0.00 |
| 0000012 | SYNCHRONY BANK | 7100-000 | NA | 2,117.82 | 2,117.82 | 0.00 |
| 000009 | SYNCHRONY BANK | 7100-000 | NA | 1,639.88 | 1,639.88 | 0.00 |
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7200-000 | NA | 7,502.41 | 7,502.41 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 101,713.79 | $ 33,402.36 | $ 33,402.36 | $ 0.00 |

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit 8

Case No: 14-91172 E Judge: HONORABLE RONALD H. SARGIS
Case Name: ZIPSER, RONALD GENE
ZIPSER, SONJA LISA
For Period Ending: 08/11/15

Trustee Name: GARY R. FARRAR TRUSTEE
Date Filed (f) or Converted (c): 08/21/14 (f)
341(a) Meeting Date: 10/16/14
Claims Bar Date: 01/20/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: .8 acre 1 home and 1 temp. modular hom | 235,000.00 | 0.00 | | 0.00 | FA |
| 2. Burial Plot: Lakewood Funeral Home 900 S Santa Fe | 8,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account: personal acct #9958 Bank of The | 438.15 | 0.00 | | 0.00 | FA |
| 4. Furniture, appliances and misc. household goods. L | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Audio-Video: 4 televisions Location: 2009 Faith Ho | 850.00 | 0.00 | | 0.00 | FA |
| 6. Household Tools Location: 2009 Faith Home Rd Cere | 650.00 | 0.00 | | 0.00 | FA |
| 7. Clothes. Location: 2009 Faith Home Rd Ceres, CA 9 | 500.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry: wedding ring Location: 2009 Faith Home Rd | 1,200.00 | 0.00 | | 0.00 | FA |
| 9. Life Insurance: Term Policy Principal Financial 30 | 0.00 | 0.00 | | 0.00 | FA |
| 10. Life Insurance: Term Policy Principal Financial Gr | 0.00 | 0.00 | | 0.00 | FA |
| 11. Interest in Business: Zipsers Accounting Service I | 15,000.00 | 0.00 | | 0.00 | FA |
| 12. Motorcycle: 1994 SR125 Motorcycle Location: 2009 F | 400.00 | 0.00 | | 0.00 | FA |
| 13. 2013 Ford Edge Location: 2009 Faith Home Rd, Ceres | 33,000.00 | 0.00 | | 0.00 | FA |

**Form 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit 8

Case No: 14-91172 E Judge: HONORABLE RONALD H. SARGIS
Case Name: ZIPSER, RONALD GENE
ZIPSER, SONJA LISA

Trustee Name: GARY R. FARRAR TRUSTEE
Date Filed (f) or Converted (c): 08/21/14 (f)
341(a) Meeting Date: 10/16/14
Claims Bar Date: 01/20/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 2004 Ford F250 Location: 2009 Faith Home Rd, Ceres | 4,500.00 | 0.00 | | 0.00 | FA |
| 15. 2009 Ford Flex transferred to son-no consideration (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $301,538.15 | $10,000.00 | | $10,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/16/14 Debtors testify that they gave son a 2009 Ford Flex vehicle. He has not made any payments to purchase car before or after transfer. Gift to go to college.
Debtors still make the insurance payments-their policy.
12/12/14- Debtors are paying equity buyback, trustee expecting to settle within 90 days.
3/6/15 $5,000 paid..
3/28/15 TFR SUBMITTED to OUST

RE PROP# 15---debtors still pay vehicle insurance

Initial Projected Date of Final Report (TFR): 06/30/15 Current Projected Date of Final Report (TFR): 06/30/15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 14-91172 -E
Case Name: ZIPSER, RONALD GENE
ZIPSER, SONJA LISA
Taxpayer ID No: *******5828
For Period Ending: 08/11/15

Trustee Name: GARY R. FARRAR TRUSTEE
Bank Name: BANK OF KANSAS CITY
Account Number / CD #: *******1727 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 63,027,656.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/14 | 15 | RONALD GENE ZIPSER<br>LISA ZIPSER<br>2009 FAITH HOME RD<br>CERES, CA 95307 | | 1241-000 | 500.00 | | 500.00 |
| 11/03/14 | 15 | RONALD GENE ZIPSER<br>2009 FAITH HOME RD<br>CERES, CA 95307 | | 1241-000 | 500.00 | | 1,000.00 |
| 11/21/14 | 15 | RONALD GENE ZIPSER<br>2009 FAITH HOME RD<br>CERES, CA 95307 | | 1241-000 | 500.00 | | 1,500.00 |
| 12/16/14 | 15 | RONALD GENE ZIPSER<br>SONJA LISA ZIPSER<br>2009 FAITH HOME RD<br>CERES, CA 95307 | PREFERENCE | 1241-000 | 500.00 | | 2,000.00 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,990.00 |
| 01/06/15 | 15 | RONALD GENE ZIPSER<br>2009 FAITH HOME RD<br>CERES, CA 95307 | INSTALLMENT | 1229-000 | 500.00 | | 2,490.00 |
| 01/13/15 | 001001 | INTERNATIONAL SURETIES<br>BOND#016048575<br>SUITE 420 | BOND #016048575<br>1/1/15 TO 1/1/16 | 2300-000 | | 2.38 | 2,487.62 |
| | | | | Page Subtotals | 2,500.00 | 12.38 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 14-91172 -E
Case Name: ZIPSER, RONALD GENE
ZIPSER, SONJA LISA
Taxpayer ID No: *******5828
For Period Ending: 08/11/15

Trustee Name: GARY R. FARRAR TRUSTEE
Bank Name: BANK OF KANSAS CITY
Account Number / CD #: *******1727 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 63,027,656.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 PYDRAS ST.<br>NEW ORLEANS, LA 70139 | | | | | |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,477.62 |
| 02/23/15 | 15 | RONALD GENE ZIPSER<br>SONJA LISA ZIPSER<br>2009 FAITH HOME RD<br>CERES, CA 95307 | INSTALLMENT | 1229-000 | 500.00 | | 2,977.62 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,967.62 |
| 03/06/15 | 15 | RONALD GENE ZIPSER<br>SONJA LISA ZIPSER<br>2009 FAITH HOME RD<br>CERES, CA 95307 | INSTALLMENT | 1141-000 | 5,000.00 | | 7,967.62 |
| 03/24/15 | 15 | RONALD GENE ZIPSER<br>2009 FAITH HOME RD<br>CERES, CA 95307 | | 1129-000 | 2,000.00 | | 9,967.62 |
| 03/24/15 | | INTERNATIONAL SURETIES<br>BOND#016048575<br>SUITE 420<br>701 PYDRAS ST.<br>NEW ORLEANS, LA 70139 | Bond Refund | 2300-000 | | -0.89 | 9,968.51 |
| 06/22/15 | 001002 | GARY R. FARRAR TRUSTEE<br>P.O. BOX 576097 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.00 | 8,218.51 |

Page Subtotals 7,500.00 1,769.11

**FORM 2**



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-91172 -E
Case Name: ZIPSER, RONALD GENE
ZIPSER, SONJA LISA
Taxpayer ID No: *******5828
For Period Ending: 08/11/15

Trustee Name: GARY R. FARRAR TRUSTEE
Bank Name: BANK OF KANSAS CITY
Account Number / CD #: *******1727 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 63,027,656.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | MODESTO<br>CA 95357 | | | | | |
| 06/22/15 | 001003 | GARY R. FARRAR TRUSTEE<br>P.O. BOX 576097<br>MODESTO<br>CA 95357 | Chapter 7 Expenses | 2200-000 | | 27.59 | 8,190.92 |
| 06/22/15 | 001004 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA. PA 19101-7346 | Claim 000001, Payment 56.91854%<br>FINAL DISTRIBUTION | 4300-000 | | 8,190.92 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 10,000.00 | 10,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,000.00 | 10,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,000.00 | 10,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********1727 | 10,000.00 | 10,000.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 10,000.00 | 10,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 8,218.51 |